ROSS v. SAUNDERS. (Circuit Court of Appeals, First Circuit. April 26, 1904.) No. 505. Appeal from the Circuit Court of the United States for the District of Massachusetts. Action by Thomas W. Ross against Andrew J. Saunders, trustee of the bankrupt estate of George W. Ross and Patrick J. Flemming. The complainant sought to enforce a lien upon a liquor license formerly belonging to the firm of George W. Ross & Co. Wm. Henri Irish, for appellant. Calvin P. Sampson, for appellee. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. The appeal is dismissed, without costs, per agreement of counsel. See 123 Fed. 737.